DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP <br><br> Defendant. | Case No.: 2:19-cv-01534-JCM-DJA <br><br> **STIPULATION TO CONSOLIDATE BRIEFING DEADLINES** <br><br> **[First Request]** |

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BANA"), by and through their respective counsel of record, hereby stipulate as follow:

1. SFR filed its Motion for Summary Judgment [ECF No. 13] on October 24, 2019.

2. BANA filed its Opposition to Motion for Summary Judgment and Countermotion for Summary Judgment [ECF No. 15] on November 14, 2019.

3. BANA's Countermotion for Summary Judgment [ECF No. 17] was separately filed on November 15, 2019.

4. SFR's Reply in Support of its Motion for Summary Judgment is due December 2,

2019.

5. SFR's Response to BANA's Countermotion for Summary Judgment is due December 6, 2019.

6. The parties hereby stipulate and agree to continue SFR's deadline to file a Reply in Support of its Motion for Summary Judgment to December 6, 2019, to match that of SFR's Response deadline.

This is a first request for the extension of said deadline and it is not made to cause delay or prejudice any party. This extension will allow SFR to concisely brief the issues presented.

Dated this 2nd day of December, 2019.

| **KIM GILBERT EBRON** | **GERRARD, COX & LARSEN** |
|---|---|
| */s/ Jason G. Martinez* | */s/ Douglas D. Gerrard* |
| Jason G. Martinez, Esq. | Douglas D. Gerrard, Esq. |
| Nevada Bar No. 13375 | Nevada Bar No. 4613 |
| 7625 Dean Martin Drive, Suite 110 | Frederick J. Biedermann, Esq. |
| Las Vegas, Nevada 89139 | Nevada Bar No. 11918 |
| *Attorneys for SFR Investments Pool 1, LLC* | 2450 St. Rose Pkwy., Suite 200 |
| | Henderson, Nevada 89074 |
| | *Attorneys for Bank of America, N.A.* |

AND

**AKERMAN, LLP**

Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED** December 4, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE