Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
fbiedermann@gerrard-cox.com
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
Tel:  (702)796-4000
Fax:  (702)796-4848

Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Rex D. Garner, Esq.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel:  (702) 634-5000
Fax: (702) 380-8572
natalie.winslow@akerman.com
rex.garner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.  2:19-cv-01534-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY CASE 60 DAYS** |
| BANK OF AMERICA, NA, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | **(FIRST REQUEST)** |
| Defendants. | |

1

52391685;1

Defendant, BANK OF AMERICA, N.A., Successor by Merger To BAC Home Loan Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), by and through its attorneys of record, the law firms of GERRARD COX LARSEN and AKERMAN LLP, and Plaintiff SFR INVESTMENTS POOL 1, LLC (**SFR**), by and through its attorneys of record, the law firm of KIM GILBERT EBRON file this stipulation to stay discovery for 60 days.  This is the parties' first request for a stay.

## I.     INTRODUCTION

This is a post-HOA foreclosure lawsuit.

The parties are requesting a 60-day extension due to COVID-19 Coronavirus community and global health risks, and resulting travel restrictions, remote work environment transitions, and precautionary office closures.  The parties propose a 60-day stay, with leave to seek extension thereof.  If no party requests an extension, the parties agree that discovery will be continued 60 days from the end of the stay in order to complete discovery.

## II.    STATEMENT SPECIFYING THE DISCOVERY COMPLETED

On November 21, 2019, the court entered a stipulated discovery plan and scheduling order [ECF No. 19] and set the following deadlines:

(a)     Discovery cut off:  March 30, 2020.

(b)     Amending the pleadings and adding parties: December 3, 2019.

(c)     Interim status report:  January 30, 2020.

(d)     Dispositive motions:  April 29, 2020.

(e)     Pre-trial order:  May 29, 2020.

The following discovery has been completed:

1.     SFR served its initial disclosures on November 13, 2019.

2.     BANA served subpoenas duces tecum to the HOA and its collection agent (Terra West) on November 18, 2019.

3.     BANA served its expert witness disclosure on December 30, 2019.

4.     SFR served its notice of deposition of BANA on February 25, 2020, setting the deposition for March 23, 2020.

5. BANA served its notice of deposition for the HOA on February 26, 2020, setting the deposition for March 13, 2020.

6. BANA served its notice of deposition for Terra West on February 26, 2020, setting the deposition for March 16, 2020.

7. SFR served its first set of requests for admission, first set of request for production of documents, and first set of interrogatories to BANA on February 28, 2020.

8. BANA served its first set of requests for admission, first set of request for production of documents, and first set of interrogatories to SFR on February 28, 2020.

9. BANA served its first supplement to initial disclosures on February 29, 2020.

10. BANA served its second supplement to initial disclosures on March 6, 2020.

11. BANA served its notice of deposition for SFR on March 6, 2020, setting the deposition for March 27, 2020.

12. BANA served its third supplement to initial disclosures on March 10, 2020.

13. The deposition of an HOA representative occurred on March 13, 2020.

13. BANA served its fourth supplement to initial disclosures on March 16, 2020.

### III. SPECIFIC DESCRIPTION OF THE DISCOVERY THAT HAS NOT BEEN COMPLETED

1. Depositions of BANA, SFR, and HOA trustee.

2. BANA's and SFR's responses to each other's outstanding written discovery requests.

The parties reserve the right to participate in additional discovery during the extended discovery period.

### IV. REASON WHY EXTENSION IS REQUIRED

The parties are requesting a 60-day extension due to COVID-19 Coronavirus community and global health risks, and resulting travel restrictions, remote work environment transitions, and precautionary office closures.

3

52391685;1

## V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The parties agree that discovery will be 60 days after the end of the 60-day stay, and the scheduling order deadlines will be extended to the following:

(a) Discovery cut off:  July 28, 2020

(b) Amending the pleadings and adding parties: None requested.

(c) Interim status report:  None requested.

(d) Dispositive motions:  August 27, 2020

(e) Pre-trial order:  September 28, 2020

DATED this 16th day of March, 2020.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Defendant Bank of America, N.A.*

DATED this 16th day of March, 2020.

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*

Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Rex D. Garner, Esq.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Defendant Bank of America, N.A.*

DATED this 16th day of March, 2020.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks, Esq.*

Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Plaintiff SFR Investments Pool 1, LLC*

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
O:(702)796-4000 F:(702)796-47848

**ORDER**

Based on the foregoing Stipulation by and between the signatories, and good cause appearing, **IT IS SO ORDERED**.

DATED this 17th day of March, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

*Respectfully submitted by:*

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
_____
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
Tel: (702)796-4000
Fax: (702)796-4848
*Attorneys for Defendant Bank of America, N.A.*

5

52391685;1