Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
fbiedermann@gerrard-cox.com
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
Tel: (702)796-4000
Fax: (702)796-4848

Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Rex D. Garner, Esq.
Nevada Bar No. 9401
**AKERMAN, LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000
Fax: (702) 380-8572
natalie.winslow@akerman.com
rex.garner@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br>vs.<br><br>BANK OF AMERICA, NA, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 2:19-cv-01534-JCM-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINE TO SFR'S MOTION FOR RECONSIDERATION FOR ORDER**<br><br>*(FIRST REQUEST)* |

Defendant, BANK OF AMERICA, N.A., Successor by Merger To BAC Home Loan Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), by and through its attorneys of record, the law firms of GERRARD COX LARSEN and AKERMAN LLP, and Plaintiff SFR

1

52315292;1

INVESTMENTS POOL 1, LLC (**SFR**), by and through its attorneys of record, the law firm of KIM GILBERT EBRON file this stipulation to extend time to respond to SFR's Motion For Reconsideration by seven (7) days.  This is BANA's first request for an extension of time to respond to SFR's Motion For Reconsideration of Order.

1. WHEREAS, on October 3, 2019, Defendant BANA filed a Motion to Dismiss [ECF No. 9] against Plaintiff SFR, arguing that SFR's quiet title claims were barred by a five-year statute of limitations.

2. WHEREAS, on October 2, 2019, SFR filed a Motion for Summary Judgment [ECF No. 13] against BANA.

3. WHEREAS, on November 14, 2019, BANA filed an Opposition to SFR's Motion for Summary Judgment and Countermotion for Summary Judgment [ECF No. 17] ("BANA's MSJ") against Plaintiff SFR.

4. WHEREAS, on June 11, 2020, this Court entered an Order [ECF No. 36] granting BANA's MSJ finding that SFR's claims were barred by a five-year statute of limitation.

5. WHEREAS, on July 3, 2020, Plaintiff SFR filed its Motion for Reconsideration of Order [ECF No. 38] based on the new authority from the Nevada Supreme Court in *Berberich v. Bank of Am., N.A.*, 136 Nev. Adv. Op. 10, 460 P.3d 440, 443 (2020).

6. The parties believe good cause exists for this request. BANA's counsel have been either (i) presently on vacation with family and is out of state or (ii) became unexpectedly ill, preventing BANA from completing the response in time under Local Rule 7-2(b). A brief one-week extension will permit counsel to adequately prepare a response. Accordingly, the parties stipulate to extend time for BANA to file its Response to SFR's Motion for Reconsideration up to and including **July 24, 2020.**

/ / /

2

52315292;1

7. This Stipulation is made in good faith and not for purpose of delay.

DATED this 16th day of July, 2020.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Fredrick J. Biedermann, Esq.
Nevada Bar No. 11918
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Defendant Bank of America, N.A.*

DATED this 16th day of July, 2020.

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Rex D. Garner, Esq.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Defendant Bank of America, N.A.*

DATED this 16th day of July, 2020.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Plaintiff SFR Investments Pool 1, LLC*

### ORDER

**IT IS HEREBY ORDERED** that the above Stipulation to Continue Response Deadline to SFR's Motion for Reconsideration of Order (ECF No. 38) until **July 24, 2020** is **GRANTED.**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2020

3

52315292;1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 17th day of July, 2020 and pursuant to Fed. R. Civ. P. 5, I e-served a true and correct copy of the **STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINE TO SFR'S MOTION FOR RECONSIDERATION** via the Federal Courts CM/ECF Filing System, and served the following parties addressed as follows:

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for Plaintiff*
*SFR Investments Pool 1, LLC*

Natalie L. Winslow, Esq.
Rex D. Garner, Esq.
AKERMAN, LLP
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com
*Attorneys for Defendant*
*Bank of America, N.A.*

　　　　　　　　　　　　　　　　　　　　*/s/ Esther K. Medellin*
　　　　　　　　　　　　　　　　　　　　Esther K. Medellin, An Employee
　　　　　　　　　　　　　　　　　　　　Of GERRARD COX LARSEN

4

52315292;1