KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Defendant. | Case No. 2:19-cv-01534-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE SUPPLEMENTAL BRIEFING** |

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BANA"), by and through their respective counsel of record, hereby stipulate to extend the deadlines to submit supplemental briefing regarding the impact of *Thunder Properties* on the claims at issue, pursuant to this Court's July 1, 2022, minute order as follows:

1. The parties agree to extend the deadline to file initial supplemental briefs to July 15, 2022.

2. The parties agree to extend the deadline to file responsive briefs to July 28, 2022.

...

- 1 -

The parties agree that the application of *Thunder Properties* is a novel issue and, as a result, the parties require additional time to prepare the briefs.

This is a first request for the extension of said deadline and it is not made to cause delay or prejudice any party.

Dated this 8th day of July, 2022.

| HANKS LAW GROUP | GERRARD, COX & LARSEN |
|---|---|
| /s/ Karen L. Hanks | /s/ Zahava M. Lieberman |
| Karen L. Hanks, Esq. | Douglas D. Gerrard, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 4613 |
| Chantel M. Schimming, Esq. | Zahava M. Lieberman, Esq. |
| [Nevada] Bar No. 8886 | Nevada Bar No. 15953 |
| [####] Dean Martin Drive, Suite 110 | 2450 St. Rose Pkwy., Suite 200 |
| [Las] Vegas, Nevada 89139 | Henderson, Nevada 89074 |
| Attorneys for SFR Investments Pool 1, LLC | Attorneys for Bank of America, N.A. |

[AKE]RMAN, LLP

/s/ [Sco]tt R. Lachman
[Scott] R. Lachman, Esq.
[Nevad]a Bar No. 12016
[#### V]illage Center Circle, Suite 200
[Las V]egas, Nevada 89134
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED** July 8, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE