Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Defendant. | Case No. 2:19-cv-01534-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE BRIEF** |

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BANA"), by and through their respective counsel of record, hereby stipulate to extend SFR's deadline to submit its response to BANA's supplemental briefing regarding the impact of *Thunder Properties* on the claims at issue, as follows:

1. The parties both filed their initial supplemental briefs on July 15, 2022.

2. The deadline to file responsive briefs is July 28, 2022.

3. SFR's counsel has had internet issues and the parties agree SFR shall have up to and including August 1, 2022 to file its responsive brief.

- 1 -

1. This is a first request for the extension of said deadline and it is not made to cause delay or prejudice any party.

Dated this 28th day of July, 2022.

**HANKS LAW GROUP**

/s/ *Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

...RMAN, LLP

/s/ ...tt R. Lachman
... R. Lachman, Esq.
...a Bar No. 12016
...illage Center Circle, Suite 200
...egas, Nevada 89134
*...eys for Bank of America, N.A.*

**GERRARD, COX & LARSEN**

/s/ *Zahava M. Lieberman*
Zahava M. Lieberman, Esq.
Nevada Bar No. 15953
2450 St. Rose Pkwy., Suite 200
Henderson, Nevada 89074
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED. July 29, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -