Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Zahava M. Lieberman, Esq.
Nevada Bar No. 15953
zlieberman@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Telephone: (702) 796-4000

Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Scott R. Lachman, Esq.
Nevada Bar No. 12016
**AKERMAN, LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702) 634-5000
natalie.winslow@akerman.com
scott.lachman@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Defendants. | Case No. 2:19-cv-01534-JCM-DJA <br><br> **JUDGMENT IN FAVOR OF BANK OF AMERICA** |

**NOW THEREFORE**, pursuant to this Court's Order, dated August 10, 2022 [ECF No. 98] in this matter pertaining to real property located at 9168 Badby Avenue, Las Vegas, Nevada 89148, APN # 176-08-113-101,

1. JUDGMENT IS HEREBY ENTERED in favor of Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP ("Bank of America") and against Plaintiff SFR Investments Pool 1, LLC. ("SFR"), on all causes of action asserted by SFR against Bank of America in this litigation.

2. JUDGMENT IS HEREBY ENTERED in favor of Bank of America and against SFR on all causes of action asserted by Bank of America against SFR in this litigation.

3. IT IS FURTHER ORDERED that pursuant to FRCP 54(b), and the Court's finding that there is no just reason for delay, that the instant judgment is and shall constitute the final, certified appealable judgment as to all claims asserted by SFR against Bank of America.

DATED August 22, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**GERRARD COX LARSEN**

 /s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Zahava M. Lieberman, Esq.
Nevada Bar No. 15953
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant Bank of America, N.A.*

2