UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:19-CV-1534 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant(s). | |

Presently before the court is the matter of *SFR Invs. Pool 1, LLC v. Bank of Am., N.A.*, case number 2:19-cv-01534-JCM-DJA.

On August 10, 2022, this court granted defendant Bank of America, North America ("defendant")'s motion for summary judgment on plaintiff SFR Investments Pool 1, LLC ("plaintiff")'s suit seeking to quiet title for a residential property located in Las Vegas. (ECF No. 98). The court entered judgment in favor of defendant that same day. (ECF Nos. 100, 101). Plaintiff timely appealed the order and judgment. (ECF No. 106).

On appeal, the panel issued a memorandum. (ECF No. 109). The memorandum vacated and remanded the decision to grant defendant's motion for summary judgment. (*Id.* at 4-5). Specifically, the Ninth Circuit held that this court erred in finding that defendant was entitled to summary judgment based on excused tender, and there is a genuine dispute of material fact as to whether an offer of payment on the homeowners' association lien would have been rejected if made. (*Id.* at 3-4). The Ninth Circuit issued its mandate on January 4, 2024. (ECF No. 110).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order granting defendant Bank of America, North America's motion for summary judgment (ECF No. 98) and subsequent entry of judgment (ECF Nos. 100, 101), be, and the same hereby are, VACATED.

IT IS FURTHER ORDERED that the parties shall submit a JOINT STATUS REPORT within fourteen (14) days of this order informing the court of a proposed briefing schedule for a renewed motion for summary judgment in light of the Ninth Circuit's remand.

DATED January 11, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -