Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
John M. Langeveld, Esq.
Nevada Bar No. 11628
jlangeveld@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Telephone: (702) 796-4000

Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Scott R. Lachman, Esq.
Nevada Bar No. 12016
AKERMAN, LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702) 634-5000
natalie.winslow@akerman.com
scott.lachman@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:19-cv-01534-JCM-DJA |
| Plaintiff, | |
| v. | **JOINT STIPULATION AMENDING THE BRIEFING SCHEDULE IN THE PARTIES' JOINT STATUS REPORT [ECF NO. 112]** |
| BANK OF AMERICA, NA, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Defendants. | |
| BANK OF AMERICA, NA, AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Counterclaimant, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter-defendant. | |

**JOINT STIPULATION AMENDING THE BRIEFING SCHEDULE IN THE PARTIES' JOINT STATUS REPORT [ECF NO. 112]**

COME NOW, Defendant / Counterclaimant BANK OF AMERICA, N.A., Successor by Merger To BAC Home Loan Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP ("BANA"), by and through its attorneys of record, the law firms of GERRARD COX LARSEN and AKERMAN, LLP; and Plaintiff / Counter-defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorneys of record, the law firm of HANKS LAW GROUP; and hereby file this Joint Stipulation Amending The Briefing Schedule in the Parties' Joint Status Report [ECF No. 112].

After conferring with each other, the parties agree that good cause exists to extend all of the briefing deadlines set forth in their Joint Status Report (filed herein on January 22, 2024) by one (1) additional week. Accordingly, the parties hereby stipulate and agree to the following amended briefing schedule for their renewed motions for summary judgment:

| | | |
|---|---|---|
| **Renewed Motion For Summary Judgment** | - | **March 1, 2024** |
| **Oppositions** | - | **April 1, 2024** |
| **Replies** | - | **April 12, 2024** |

IT IS SO STIPULATED.

DATED this 22nd day of February, 2024                    DATED this 22nd day of February, 2024.

GERRARD COX LARSEN                                        HANKS LAW GROUP

/s/ *Douglas D. Gerrard, Esq.*                            /s/ *Karen L Hanks, Esq.*

Douglas D. Gerrard, Esq.                                  Karen L. Hanks, Esq.
Nevada Bar No. 4613                                       Nevada Bar No. 9578
John M. Langeveld, Esq.                                   Chantel M. Schimming, Esq.
Nevada Bar No. 11628                                      Nevada Bar No. 8886
2450 St. Rose Parkway, Suite 200                          7625 Dean Martin Drive, Suite 110
Henderson, NV 89074                                       Las Vegas, Nevada 89139
Attorneys for Defendant / Counterclaimant                 Attorneys for Plaintiff / Counter-defendant
Bank of America, N.A.                                     SFR Investments Pool 1, LLC

**ORDER**

Based on the foregoing Stipulation by and between the signatories, and good cause appearing, **IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 23, 2024

Respectfully submitted by:

**GERRARD COX LARSEN**

/s/ John M. Langeveld, Esq.
_____
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
John M. Langeveld, Esq.
Nevada Bar No. 11628
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Bank of America, N.A.*