Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Defendant. | Case No. 2:19-cv-01534-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BANA"), by and through their respective counsel of record, hereby stipulate to extend the deadline to submit their respective responses to motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  The current deadline is April 1, 2024. The parties stipulate to extend the deadline to **April 2, 2024**. The reason for the requested extension is SFR's counsel had a doctor's appointment today that ran longer than expected and this cut into her time to complete the response. The extension is not requested to delay or prejudice any party.

Dated this 1st day of Aril, 2024.

| HANKS LAW GROUP | GERRARD, COX & LARSEN |
|---|---|
| */s/ Karen L. Hanks* <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* | */s/ Douglas D. Gerrard* <br> Douglas D. Gerrard, Esq. <br> Nevada Bar No. 4613 <br> 2450 St. Rose Pkwy., Suite 200 <br> Henderson, Nevada 89074 <br> *Attorneys for Bank of America, N.A.* |

**IT IS SO ORDERED** April 2, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -