ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12061
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  scott.lachman@akerman.com
Email:  troy.lawrence@akerman.com

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No.: 2:19-cv-01534-JCM-DJA<br><br>**NOTICE OF DISASSOCIATION** |

Defendant Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**), by and through its undersigned attorneys, hereby provides notice that Natalie L. Winslow, Esq. is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

78956761;1

Akerman LLP continues to serve as counsel for BANA in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq., Scott R. Lachman, Esq., and Troy A. Lawrence, Esq.

DATED this 11th day of December, 2024.

**AKERMAN LLP**

  */s/ Natalie L. Winslow*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12061
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**IT IS SO ORDERED**.

DATED: 12/13/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

78956761;1