ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12061
ANONA SU, ESQ.
Nevada Bar No. 16140
AKERMAN LLP
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com
Email:  anona.su@akerman.com

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No.: 2:19-cv-01534-JCM-DJA<br><br>**NOTICE OF DISASSOCIATION** |

Defendant Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**), by and through its undersigned attorneys, hereby provides notice that Troy A. Lawrence, Esq. is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

79771239;1

AKERMAN LLP
1180 NORTH TOWN CENTER DRIVE, SUITE 290
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for BANA in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq., Scott R. Lachman, Esq. and Anona Su, Esq.

DATED this 6th of February 2025.

**AKERMAN LLP**

 */s/Anona Su*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12061
ANONA SU, ESQ.
Nevada Bar No. 16140
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**IT IS SO ORDERED**.

DATED: 2/7/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

79771239;1